# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NAJA A. STOKES, | : | Case No. 2:22-cv-3921 |
| | : | |
| Petitioner, | : | |
| | : | District Judge Edmund A. Sargus, Jr. |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| WARDEN, SOUTHEASTERN CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

## ORDER

This matter is before the Court on Petitioner's Motion for Extension of Time to file a reply to Respondent's Answer and Return of Writ. (Doc. #8). In his Motion, Petitioner requests that he have until March 28, 2023 to file his reply to Respondent's Return of Writ as the Return of Writ was lengthy and complex, requiring Plaintiff additional time to respond. *Id*. The undersigned has previously granted Petitioner until March 28, 2023 to file his reply. (Notation Order, dated Jan. 19, 2023). Accordingly, as Petitioner is not requesting any additional time, his Motion (Doc. #8) is moot.

Petitioner has until **March 28, 2023** to file his reply as to Respondent's Return of Writ (Doc. #5).

**IT IS SO ORDERED.**


January 30, 2023                                    *s/Peter B. Silvain, Jr.*
                                                                Peter B. Silvain, Jr.
                                                                United States Magistrate Judge