# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| NAJA A. STOKES, | : | Case No. 2:22-cv-3921 |
| Petitioner, | : | |
| vs. | : | Judge Edmund A. Sargus, Jr. |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| WARDEN, SOUTHEASTERN CORRECTIONAL INSTITUTION, | : | |
| Respondent. | : | |

## ORDER

This matter is before the Court on Petitioner's Motion for Correction to his Traverse and Response. (Doc. 12). Petitioner asks that Page 14 of his Traverse (Doc. 11, PageID 832) be corrected. He provides a Corrected Page 14 with his Motion (Doc. 12, PageID 866), which appears to correct a clerical error. Respondent did not file a response to the Motion.

Petitioner's Motion (Doc. 12) is **GRANTED**. The Court will consider Corrected Page 14 along with the rest of Petitioner's Traverse when reviewing the merits of the case.

**IT IS SO ORDERED**.

July 14, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
UNITED STATES MAGISTRATE JUDGE